# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JEFFREY DINGER D/B/A CINEMA 4 AND** | § | |
| **ROCKPORT CINEMA, INC.** | § | |
| *Plaintiffs*, | § | |
| | § | **CASE NO. 19-cv-00103** |
| **v.** | § | |
| | § | |
| **STATE FARM LLOYDS** | § | |
| *Defendant*. | § | |

---

**INDEX OF MATTERS BEING FILED
AND LIST OF ALL COUNSEL OF RECORD**

---

Defendant State Farm Lloyds ("Defendant") submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas.   Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1.    Index of Matters Being Filed and List of All Counsel of Record;

2.    Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

   A.    Plaintiff's Original Petition, filed February 21, 2019 (attached as Exhibit 1-A);

   B.    Service to State Farm Lloyds on March 7, 2019 (attached as Exhibit 1-B);

   C.    Defendant's Original Answer, filed March 29, 2019 (attached as Exhibit 1-C);

   D.    Defendant's First Amended Original Answer, filed April 2, 2019 (attached as Exhibit 1-D);

3.    A copy of the state court docket sheet (attached as Exhibit 1-E).

The parties' respective attorneys are as follows:

A.   ATTORNEYS FOR PLAINTIFF:

Jeffrey L. Raizner
Andrew P. Slania
Amy B. Hargis
Ben Wickert
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Phone: 713-554-9099

B.   ATTORNEYS FOR DEFENDANT:

Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
Phone: 956-294-4800
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/State Bar No. 00784811
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
Phone: 956-294-4800

Dated: April 5, 2019.