United States District Court
Southern District of Texas
**ENTERED**
June 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEFFREY DINGER DBA CINEMA 4, *et al*, | § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-103 |
| | § | |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § § | |

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

The Court, having considered Plaintiffs' and Defendant's Joint Stipulation to Dismiss with Prejudice (D.E.11), hereby **ORDERS** the above-captioned action be **DISMISSED** with prejudice. The parties shall be responsible for their own costs. The Clerk of Court is **DIRECTED** to close this case.

SIGNED and ORDERED this 12th day of June, 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE